# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MERRILL BROWNING, | : | Civil No. 1:21-CV-1295 |
| Petitioner, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of November, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motions to proceed *in forma pauperis*, Docs. 4 and 6, are **GRANTED**.

2. The petition for writ of habeas corpus, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

3. There is no basis for the issuance of a certificate of appealability in this matter. *See* 28 U.S.C. § 2253(c).

4. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
